# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GIOVANNI KURTZE, | Case No. 2:18-cv-00445-APG-GWF |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| JOSEPH LOMBARDO, *et al.*, | |
| Defendants. | (ECF. No. 11) |

On October 18, 2018, Magistrate Judge Foley entered a report and recommendation that I dismiss this case with prejudice because plaintiff Giovanni Kurtze has not submitted a complete application to proceed in forma pauperis or paid the filing fee by the deadlines given in several orders. ECF No. 11. Kurtze did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Foley's report and recommendation **(ECF No. 11) is accepted**. Plaintiff Giovanni Kurtze's complaint is DISMISSED. However, I will dismiss the complaint without prejudice to refiling.

DATED this 7th day of November, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE